O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WALTON SWARTZ,<br><br>        Petitioner,<br><br>    vs.<br><br>MATTHEW CATE, WARDEN,<br><br>        Respondent. | CASE NO. SA CV 11-01663 DMG (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of RICHARD WALTON SWARTZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that Respondent's Motion to Dismiss the Petition is granted and the action is dismissed without prejudice.

DATED: June 29, 2012

*Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE